**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WILSON THOMAS, | No. 10-15820 |
| Petitioner - Appellant, | D.C. No. 1:08-cv-01566-AWI |
| v. | |
| NEIL H. ADLER, Warden; TAFT C.I.; FEDERAL BUREAU OF PRISONS, | MEMORANDUM[*] |
| Respondents - Appellees. | |

Appeal from the United States District Court
for the Eastern District of California
Anthony W. Ishii, Chief Judge, Presiding

Submitted July 12, 2011[**]

Before:     SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

Federal prisoner Wilson Thomas appeals pro se from the district court's

judgment dismissing his 28 U.S.C. § 2241 habeas petition as moot. We have

jurisdiction under 28 U.S.C. § 2253, and we affirm the district court.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

Thomas contends that the district court erred by dismissing his habeas petition seeking immediate consideration for transfer into a Residential Reentry Center ("RRC"). The record reflects that the district court did not err when it dismissed the petition because the Bureau of Prisons has eliminated the policy Thomas challenged in his petition. In addition, at the time of the district court's decision, Thomas had already received an individualized consideration for RRC placement in accordance with 18 U.S.C. §§ 3621(b) and 3624(c), and *Rodriguez v. Smith*, 541 F.3d 1180, 1184-89 (9th Cir. 2008).

Thomas's remaining contentions are unavailing.

**AFFIRMED.**